IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FRED LEE JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:12-cv-960-TMH |
| | ) | [wo] |
| MS. GLOVER, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION and ORDER**

On June 19, 2014, the Magistrate Judge filed a Recommendation that this case be dismissed with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).  (Doc. 6).  No timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED with prejudice.  A Judgment in favor of the Defendants shall be forthcoming.

DONE this 23rd day of July, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE